1 DANIELLE OCHS, CA Bar No. 178677
danielle.ochs@ogletree.com
2 ANNA L. PADGETT, CA Bar No. 307146
anna.padgett@ogletree.com
3 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
4 One Market Plaza
San Francisco, CA 94105
5 Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

**EXEMPT FROM FEES, GOV. CODE § 6103**

ALICE R. GUILLORY
Arg411@aol.com
2310 Seminary Avenue
Oakland, CA 94605
Telephone: 510.508.6233

Plaintiff, *pro se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE R. GUILLORY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 17-cv-04805-SBA<br><br>**STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE & [PROPOSED] ORDER AS MODIFIED**<br><br>Assigned for all purposes to The Honorable Saundra Brown Armstrong<br><br>Action Filed: July 12, 2017<br>Trial Date: December 3, 2018 |

Plaintiff Alice R. Guillory ("Plaintiff") and Defendant the Regents of the University of California ("Defendant") hereby stipulate and jointly request to move the date of the settlement conference in this matter, currently set for February 23, 2018, for the following reasons:

1. A settlement conference before the Honorable Magistrate Judge Kandis A. Westmore is presently scheduled for February 23, 2018, as set forth in the Notice of Settlement Conference and Settlement Conference Order. [Doc. 17.]

2. A scheduling conflict has arisen and lead counsel for Defendant is unable to attend the Settlement Conference on the presently scheduled date.

3. Accordingly, the parties jointly and respectfully request that the settlement conference be continued to April 11, 2018 at 11:00 a.m. before the Honorable Magistrate Judge Kandis A. Westmore.

IT IS SO STIPULATED.

DATED: February 13, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Danielle Ochs*
DANIELLE OCHS
ANNA L. PADGETT

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: February 13, 2018

signature on next page
ALICE R. GUILLORY

Plaintiff, *Pro Se*

1                    Case No. 17-cv-04805-SBA
STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE & [PROPOSED] ORDER

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: February 13, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Danielle Ochs*
    DANIELLE OCHS
    ANNA L. PADGETT

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

ORDER AS MODIFIED

The above STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE & PROPOSED ORDER is granted, and the settlement conference is now set for April 11, 2018, at 11:00 a.m. Settlement conference statements shall be lodged on or before April 2, 2018.

IT IS SO ORDERED.

DATED: 2/15/18

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Francisco in the office of a member of the bar of this court at whose direction the service was made. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, CA 94105.

On February 14, 2018, I served the following document(s):

**STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE & [PROPOSED] ORDER**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed to:

*Plaintiff Pro Se*
Alice R. Guillory
2310 Seminary Avenue
Oakland, CA 94605

☒ **BY MAIL:** I caused to be placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Steuart Tower, Suite 1300, One Market Plaza, San Francisco, CA 94105.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 14, 2018, at San Francisco, CA.

Mayra Padilla

32604047.1

Case No. 17-cv-04805-SBA
CERTIFICATE OF SERVICE